CATHERINE L. THORNLEY, Appellant, *v.* CHARLOTTE THORNLEY et al., Respondents.

(Submitted October 10, 1894; decided October 30, 1894.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made May 22, 1893, which affirmed a judgment in favor of defendant entered upon an order dismissing the complaint on trial at Special Term.

*Anthony Barrett* for appellant.

*Henry A. Forster* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. _____